**Motion Granted; Vacated and Remanded and Memorandum Opinion filed August 15, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-16-00810-CV

### DONALD GRETHER, Appellant

### V.

### SUNSET NURSING HOME, INC., Appellee

**On Appeal from the 239th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 72817**

## MEMORANDUM OPINION

This is an appeal from a judgment signed July 25, 2016. On July 23, 2019, appellant filed a motion to set aside the trial court's judgment and dismiss the appeal pursuant to the parties' settlement agreement. *See* Tex. R. App. P. 42.1(a)(2)(B). The motion is granted.

Accordingly, we set aside the trial court's July 25, 2016 judgment against appellant, Donald Grether, without regard to the merits, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.  *See* Tex. R. App. P. 42.1(a)(2)(B).

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, and Zimmerer.